IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCELL JONES,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**BROWNEN, et al.,**<br><br>                              Defendant. | Case No. 2:22-cv-1707 KJM (DB)<br><br>**ORDER** |

On November 29, 2023, Defendants moved to continue the December 13, 2023 settlement conference to a later date. Good cause appearing, the December 13, 2023 settlement conference in this case is CONTINUED to February 5, 2024 at 9:30 a.m. to proceed via Zoom videoconference.

The Writ issued on 11/13/2023 (ECF No. 24) is VACATED. A new Writ to issue.

A copy of this Order shall be served on Magistrate Judge Carolyn K. Delaney and the ADR Program.

IT IS ORDERED.

Dated:  November 30, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1