UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL JONES, | No. 2:22-cv-01707 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| B. BROWNEN, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner, proceeds without counsel and seeks relief under 42 U.S.C. § 1983. This matter was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff proceeds on a claim against defendant Brownen under the First Amendment and a claim against defendant Rangel under the Fourteenth Amendment.

    On August 11, 2023, the court stayed this case for the purpose of holding a settlement conference in accord with the court's post-screening ADR project. A settlement conference was held on February 5, 2024. The case did not settle.

////
////
////
////

1

For the reasons set forth above, IT IS NOW ORDERED as follows:

1. The stay of this case for post-screening ADR purposes is lifted.
2. Defendants shall file a response to the complaint within 30 days.

DATED: March 5, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
jone1707.answ.o