IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCELL JONES,** | Case No. 2:22-cv-1707 KJM (SCR) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **BROWNEN, et al.,** | |
| Defendant. | |

This matter coming before the Court on Defendants' motion to stay the dispositive motion deadline, and for good cause appearing, the request is **GRANTED**.

The remaining dispositive motion deadlines in the Court's discovery and scheduling order are hereby **VACATED**.

This Court shall reset deadlines in a separate Order.

Dated: March 6, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:22-cv-1707 KJM (DB))