UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL JONES,<br><br>             Plaintiff,<br><br>     v.<br><br>B. BROWNEN, et al.,<br><br>             Defendants. | No.  2:22-cv-01707 DC SCR P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983.  On March 18, 2025, the undersigned denied plaintiff's motion to compel and granted plaintiff thirty days to file a renewed motion to compel. (ECF No. 45.)  Before the court now is plaintiff's motion to confer dated April 4, 2025. (ECF No. 46.)  Plaintiff's motion provides notice of a discovery dispute and appears to ask the court to schedule a meet and confer between plaintiff and defendants' counsel pursuant to Federal Rule of Civil Procedure 37(a)(l) and Local Rule 251(b). (Id. at 1.)  Plaintiff's motion also includes five discovery requests. (Id. at 1-2.)

Plaintiff's motion is denied.  It is plaintiff's responsibility, not the court's, to arrange the conference required by Rule 37(a)(1).[1]  The court advises plaintiff to contact defendants' counsel directly and arrange to meet and confer at a mutually agreeable time.  The court further informs

---

[1] Per the discovery and scheduling order issued by the previously assigned magistrate judge, Local Rule 251 does not apply unless otherwise ordered. (See ECF No. 33 at 5.)

1

plaintiff that discovery requests should not be filed with the court unless and until the party serving the discovery requests seeks relief from the court in a motion to compel pursuant to the Federal Rules of Civil Procedure relating to discovery matters.

Accordingly, IT IS HEREBY ORDERED that:

Plaintiff's motion to confer (ECF No. 46) is denied.  Plaintiff is instructed to contact defendants' counsel directly to arrange for the conference required by Federal Rule of Civil Procedure 37(a)(l).

DATED: April 16, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2