IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCELL JONES,**<br><br>Plaintiff,<br><br>v.<br><br>**BROWNEN, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01707-DC-SCR<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF OFFICIAL INFORMATION PRIVILEGE AND RESPOND TO PLAINTIFF'S PRODUCTION REQUESTS** |

On July 3, 2025, Defendants Brownen and Rangel (Defendants) filed a motion for a 14-day extension of time to file supplemental materials to properly assert the official information privilege and respond to Plaintiff's five requests for production of documents. (ECF No. 52.) Having read and considered Defendants' request and the accompanying declaration of counsel, the Court finds good cause exists to GRANT this motion.

Defendants shall file supplemental materials to properly assert the official information privilege and respond to Plaintiff's five requests for production of documents on or before July 21, 2025. **IT IS SO ORDERED**

Dated: July 8, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1