UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELL JONES,

Plaintiff,

v.

B. BROWNEN, et al.,

Defendants.

No.  2:22-cv-01707 DC SCR P

ORDER

Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  On May 13, 2026, defendants filed a motion for summary judgment.  ECF No. 62.  Pursuant to the Court's discovery and scheduling order, defendants' motion for summary judgment shall be briefed in accordance with Local Rule 230(*l*).  ECF No. 33 at 6, ¶ 7.  Rule 230(*l*) states that opposition to a motion must be filed "not more than twenty-one (21) days after the date of service of the motion," and that "[f]ailure . . . to file an opposition or a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

More than twenty-one days have passed since defendants served their motion and plaintiff has not filed a response.  Plaintiff will be ordered to file a response to the motion and a statement explaining why he was not able to do so in a timely manner.  If plaintiff fails to file a response to

1

the motion or fails to show good cause for his failure to file it on time, the undersigned may deem this failure a waiver of any opposition to the granting of the motion. See Local Rule 230(*l*).

Accordingly, IT IS HEREBY ORDERED that **within twenty-one (21) days of the date of this order**, plaintiff shall file the following:

1.      A response to defendants' motion for summary judgment that complies with Federal Rule of Civil Procedure 56 and Local Rule 260; and

2.      A response to this order explaining why plaintiff was unable to file a timely response to defendants' motion for summary judgment.

DATED: June 12, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2