UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELL JONES,

          Plaintiff,

   v.

B. BROWNEN, et al.,

          Defendants.

No.  2:22-cv-01707 DC SCR P

ORDER

Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  May 13, 2026, defendants filed a motion for summary judgment that plaintiff failed to timely oppose.  ECF No. 62.  On June 15, 2026, the undersigned sua sponte granted plaintiff a 21-day extension of time to file an opposition defendants' motion for summary judgment and ordered him to explain why he did not file a timely opposition.  ECF No. 65.  On the same day, plaintiff's motion for a 30-day extension of time was docketed.  ECF No. 66.  Plaintiff seeks an extension of time based on, *inter alia*, his visual disability that affects his ability to read and write for long periods of time.  Id. at 1.

Good cause appearing, IT IS HEREBY ORDERED that:

1.     The Court's June 15, 2026, order granting plaintiff a 21-day extension of time to oppose defendants' motion for summary judgment (ECF No. 65) is VACATED;

1

2.      Plaintiff's motion for extension of time (ECF No. 66) is GRANTED; and

3.      Plaintiff shall file an opposition to defendants' motion for summary judgment within 30 days of the date of this order.

DATED: June 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE